# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00176-RFB |
| Plaintiff, | **ORDER FOR MODIFICATION TO CONDITIONS OF SUPERVISION** |
| v. | |
| ROCHELLE VALADEZ, | |
| Defendant. | |

On August 29, 2018, Defendant Rochelle Valadez appeared before the Court on a request for modification to conditions of supervision. (ECF No. 5). Based upon the Court's review of the record and for the reasons stated at the hearing, it is ORDERED that Ms. Valadez's supervision is continued and that her supervision shall be modified to include these additional conditions:

1. **Drug Testing** - You must submit to weekly drug testing for the next three months to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

2. **Community Service** - You shall be required to complete 20 hours of community service within the next three months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

The Court will consider early termination of supervision if Ms. Valadez completes the above requirements with no positive tests or violations. Defense counsel may submit a motion for early termination of supervision in three months if Valadez has no further violations.

**DATED** this 29th day of August, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**